NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TINNUS ENTERPRISES, LLC, ZURU LTD.,**
*Plaintiffs-Appellees*

**v.**

**TELEBRANDS CORPORATION, BED BATH & BEYOND, INC., FRY'S ELECTRONICS, INC., KOHL'S DEPARTMENT STORES, INC., THE KROGER COMPANY, SEARS HOLDING CORPORATION, TOYS 'R' US-DELAWARE, INC., WALGREENS BOOTS ALLIANCE, INC.,**
*Defendants-Appellants*

---

2017-1175, 2017-1760, 2017-1811

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 6:16-cv-00033-RWS-JDL, 6:16-cv-00034-RWS-JDL, Judge Robert Schroeder, III.

---

**JUDGMENT**

---

THOMAS MANSFIELD DUNLAP, Dunlap Bennett & Ludwig PLLC, Leesburg, VA, argued for plaintiffs-appellees. Also represented by DAVID LUDWIG, ERIC LORENZ OLAVSON, ROBERT D. SPENDLOVE; JEFFREY AHDOOT, Wash-

ington, DC; BRIAN M. KOIDE, Vienna, VA; CORTLAND CHRISTOPHER PUTBRESE, Richmond, VA.

DAVID MICHAEL UNDERHILL, Boies, Schiller & Flexner, LLP, Washington, DC, argued for defendants-appellants. Also represented by STACEY K. GRIGSBY, ERIC J. MAURER; ELANA ARAJ, ROBERT THOMAS MALDONADO, Cooper & Dunham, LLP, New York, NY.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 16, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |